# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Julie A. Zuidema,

Plaintiff(s),

v.

Kilolo Kijakazi
Acting Commissioner of Social Security,

Defendant(s).

Case No. 1:21-cv-06870
Judge Charles R. Norgle

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Commissioner's decision is reversed with remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Charles R. Norgle on an agreed motion for reversal with remand [10].

Date: 6/30/2022

Thomas G. Bruton, Clerk of Court

Christina Presslak , Deputy Clerk